

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2022

No. 04-21-00433-CV

Patricia Brown **EDWARDS**,
Appellant

v.

Mayra Brown **BURTON**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI16821
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Lori I. Valenzuela, Justice

On December 20, 2021, this court issued an order striking appellant's brief and ordering appellant to file an amended brief in compliance with the Texas Rules of Appellant Procedure. Our order cautioned that a failure to comply would result in dismissal of this appeal for want of prosecution. On January 21, 2022, appellee filed a motion to dismiss this appeal. On January 26, 2022, we issued an opinion and judgment dismissing this appeal for want of prosecution. Later that day, appellant filed a response to appellee's motion to dismiss. Because this appeal has been dismissed, appellee's motion to dismiss the appeal is DENIED AS MOOT.

It is so **ORDERED** on February 2, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT